# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SICKEL, JAMES R. | U.S. DISTRICT COURT, E D of WI | 01/02/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE, PART-TIME | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

125 S. JEFFERSON STREET, #101
P. O. BOX 1626
GREEN BAY, WI 54305-1626

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | SOLE PROPRIETOR | JAMES R SICKEL ATTORNEY |
| 2. | MEMBER | JEFFERSON COURT BUILDING, LLC |
| 3. | MEMBER | JAMKAT, LLC |
| 4. | MEMBER | EASTERN HORIZON, LLC |
| 5. | MEMBER | HURON PROFESSIONAL CENTER, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Self-employed, Attorney (James R Sickel Attorney) | $110,942.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL., JAMES R. | 01/02/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Bank Accounts | B | Interest | O | T | | | | | |
| 2. JP Morgan Chase Checking Account | | None | J | T | | | | | |
| 3. BMO Harris Checking Account | A | Interest | M | T | | | | | |
| 4. Neuberger Berman - Mid Cap Growth Fd Inv Cl | E | Dividend | O | T | | | | | |
| 5. First Bancshares, Inc. | A | Dividend | J | T | | | | | |
| 6. Parnassus Funds - Parnassus Fund (PARNX) | A | Dividend | K | T | | | | | |
| 7. BAIRD ACCOUNT (H) | | | | | | | | | |
| 8. -General Muni Money Mkt | A | Interest | J | T | | | | | |
| 9. -Dreyfus Money Market Fund | A | Interest | K | T | | | | | |
| 10. -Insured Deposit | A | Interest | K | T | | | | | |
| 11. -Calvert Equity CL A | C | Dividend | K | T | | | | | |
| 12. -Putnam Investors CL A | A | Dividend | J | T | | | | | |
| 13. IRA #2 - ASSOCIATED BANK | A | Interest | | | Distributed | 12/01/16 | K | | |
| 14. IRA #3 - ASSOCIATED BANK | A | Interest | K | T | Distributed (part) | 12/01/16 | J | | |
| 15. IRA #4 - BMO HARRIS BANK | A | Interest | | | Distributed | 12/01/16 | J | | |
| 16. IRA #5 - BMO HARRIS BANK | A | Interest | J | T | | | | | |
| 17. IRA #6 - PRINCIPAL FIN - Prin. Trust (SM) target 2010 Fd | B | Dividend | | | Merged (with line 18) | 12/01/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 01/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #6 - ALERUS - Vanguard Target Retirement 2010 INV | A | Dividend | M | T | | | | | |
| 19. IRA #7 - AMERICAN FUNDS (H) | A | Dividend | | | | | | | |
| 20. -Fundamental Investors C | A | Dividend | J | T | | | | | |
| 21. -Smallcap World Fund C | A | Dividend | J | T | | | | | |
| 22. -American Funds Money Market Fund-C | | None | | | Sold | 04/11/16 | J | | |
| 23. - New World Fund-C | A | Dividend | J | T | | | | | |
| 24. -American Balanced Fund-C | A | Dividend | J | T | | | | | |
| 25. -American Funds Money Market Fund-A | A | Dividend | J | T | | | | | |
| 26. -Fundamental Investors-A | A | Dividend | J | T | | | | | |
| 27. -American Balanced Fund-A | A | Dividend | J | T | | | | | |
| 28. -Capital World Growth and Income Fund-A | A | Dividend | J | T | | | | | |
| 29. -AF U.S. Government Money Market F1 | | None | K | T | Buy | 04/11/16 | J | | |
| 30. - Smallcap World Fund F1 | A | Dividend | J | T | | | | | |
| 31. JAMKAT, LLC (See Section VIII) | E | Rent | N | S | | | | | |
| 32. JEFFERSON COURT BLDG LLC (See Section VIII) | G | Rent | P1 | S | | | | | |
| 33. EASTERN HORIZONS LLC (See Section VIII) | E | Rent | O | U | | | | | |
| 34. HURON PROF CENTER LLC (See Section VIII) | A | Rent | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WIS National Life n/k/a Humana Dental | | None | K | T | | | | | |
| 36. Business Vehicle (SEE SECTION VIII) | | None | K | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 01/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Page 2, Line #30 JAMKAT, LLC - 100% assessed value $359,200. Property located in Milwaukee, WI and Green Bay, WI.

2) Part VII, Page 2, Line #31 JEFFERSON COURT BLDG, LLC - 100% assessed value $1,998,000. Property located in Green Bay, WI.

3) Part VII, Page 2, Line #32 EASTERN HORIZONS, LLC - Property located in Green Bay, WI.

4) Part VII, Page 2, Line #33 HURON PROFESSIONAL CENTER, LLC - Property located in Green Bay, WI.

5) Part VII, Page 3, Line #35 BUSINESS VEHICLE - Business portion of vehicle used for self-employed business. Value listed at blue book value of $23,353.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **JAMES R. SICKEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544